UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TIMOTEO CAMPA FLORES,

                      Plaintiff,

                                                                             JUDGMENT
                                                                             17-CV-2941 (RJD) (JO)

          -against-

NEW SUNSTONE MEXICAN FOOD, INC., et al.,

                    Defendants.
------------------------------------------------------------ X

       An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on September 28, 2018, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated September 13, 2018, which recommended the following: the court enter judgment against the defendants jointly and severally in the total amount of $263,039.56, consisting of $108,744.25 in unpaid wages, the same amount in liquidated damages, $5,000 for each of the two records-related violations, $33,139.81 in prejudgment interest, $2,011.25 in attorney's fees, and $400 in costs; it is

       ORDERED and ADJUDGED that the motion for default judgment is granted; and that judgment is hereby entered against the defendants jointly and severally in the total amount of $263,039.56.

Dated: Brooklyn, NY                                                             Douglas C. Palmer
October 1, 2018                                                                 Clerk of Court

                                                                         By:    /s/*Jalitza Poveda*
                                                                                       Deputy Clerk